UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KAREN MARTOYAN; et al., | No. 07-70227 |
| Petitioners, | Agency Nos. A077-849-717 |
| v. | A077-849-718 |
| | A077-849-719 |
| ERIC H. HOLDER, Jr., Attorney General, | A077-849-720 |
| Respondent. | ORDER |

Before:     SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Because this case was placed in the Pro Bono Program and should not have been submitted on the briefs without oral argument, we sua sponte withdraw the memorandum disposition filed on September 24, 2010. This case shall be placed on the next available oral argument calendar.